IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3106 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRIAN L. GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States Penitentiary in Atlanta, Georgia, did not answer the telephone at the time of Defendant's July 8, 2009, 11:30 a.m. telephonic hearing. Therefore,

IT IS ORDERED that:

(1) The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 46) has been rescheduled before the undersigned United States district judge to Tuesday, July 28, 2009, at 4:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(2) At the request of the defendant through his counsel, the defendant will participate in the hearing by telephone.

(3) The Marshal is directed not to return the defendant to the district.

(4) The defendant is held to have waived his right to be present.

(5) Counsel for the defendant shall make the telephone arrangements with Mr. Green's case manager and then advise the undersigned's judicial assistant of the telephone number we shall call to connect Mr. Green to the hearing.

July 13, 2009.                          BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge